IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| THE GUARANTEE COMPANY OF NORTH AMERICA USA | § § § § § | |
|---|---|---|
| | § | CIVIL ACTION NO. 6:14-cv-545-KNM |
| v. | § § § | |
| RODNEY GOFORTH, *et al.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her recommendation for the disposition of this case, has been presented for consideration. The Report and Recommendation (Doc. No. 23) recommends that the above-styled lawsuit be administratively closed pursuant to 11 U.S.C. § 362. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted. It is therefore

**ORDERED** that the above-lawsuit be **ADMINISTRATIVELY CLOSED** and removed from the active docket. The case may be placed back on the active docket upon notice by the parties that the bankruptcy proceeding has been resolved.

**SIGNED this 30th day of March, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1